UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GLENN J. HOPKINS and CINDY S. HOPKINS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 06-1260 ) |
| RMS, INC., d/b/a VILLA ROSE APARTMENTS, n/k/a MACARTHUR PARK APARTMENTS, | ) ) ) ) ) |
| Defendant. | ) |

## **O R D E R**

On January 18, 2007, the Court entered default judgment awarding Plaintiffs pecuniary damages in the amount of $6,179.00 and compensatory, non-pecuniary damages for emotional distress in the amount of $3,000.00 on their claims under the Fair Housing Act, 42 U.S.C. § 1983, and the Consumer Fraud and Unfair and Deceptive Business Practices Act. Defendant was previously found to be in default on June 22, 2006.

Plaintiffs have now moved for relief from judgment, purportedly under Rule 60(b)(6), based on allegations that Defendant fraudulently misrepresented its identity to avoid enforcement of any judgment. However, motions seeking relief from judgment based on fraud, misrepresentation, or misconduct by an opposing party must be brought pursuant to Rule 60(b)(3) and must be brought within one year after the entry of judgment. *See* Rule 60(c)(1). Even assuming that this time period could be tolled until facts illuminating the fraudulent misrepresentation became known to the movant, Plaintiffs' filing indicates that they filed a Petition for Relief from Judgment raising these same grounds in state court in

July 2007. Accordingly, the present Motion was filed nearly two years too late and is untimely.

## CONCLUSION

For the reasons set forth herein, Plaintiffs' Motion for Relief from Judgment [#17] is DENIED as untimely.

ENTERED this 14th day of February, 2011.

                        s/ Michael M. Mihm
                        Michael M. Mihm
                        United States District Judge